Mary G. Isban, Esq. (009731)
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 N. Central Ave., Suite 1200
Phoenix, AZ  85012
(602) 452-6602
(602) 452- 6600 – Fax
misban@cycn-phx.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Anton Nowak, | Case No. |
|---|---|
| Plaintiff, | **REMOVAL TO FEDERAL DISTRICT COURT UNDER 28 U.S.C. § 1441 (b)** |
| Vs. | |
| Southwest Airlines Co.; John Does and Jane Does I-X; ABC Corporations I-X; and Black And White Partnerships and/or Sole Proprietorships, I-X, | **Maricopa County Superior Court Case No. CV2020-052989** |
| Defendants. | |

**TO PLAINTIFF:**

Defendant Southwest Airlines Co., files this Notice of Removal of this action to the United States District Court for the District of Arizona and sets forth the following grounds for removal:

1. This suit is a civil action filed in the Superior Court of the State of Arizona, County of Maricopa, Cause No. CV2020-052989.  In compliance with 28 U.S.C. § 1441(a) attached as Exhibit "A" is a copy of the attorney verification, Superior Court

docket, Civil Cover Sheet, Plaintiff's Summons, Plaintiff's Complaint, Plaintiff's Certificate of Compulsory Arbitration, Affidavit of Service on Southwest Airlines Co., and Defendant's Notice of Removal to Federal Court. These documents constitute all process, pleadings and orders served in this action.

2. Defendant Southwest Airlines Co., received a copy of the Summons and Complaint on August 13, 2020.

3. This court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is removable to this court pursuant to 28 U.S.C. § 1441, in that it is a civil action in which the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

4. Plaintiff Anton Nowak is resident of the State of Arizona. Defendant Southwest Airlines Co., is incorporated in the State of Texas and its principal place of business is in the State of Texas.

5. Plaintiff seeks compensatory damages from Southwest Airlines Co., in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) for injuries and damages sustained in an incident that occurred on May 19, 2018, at Sky Harbor Airport in Maricopa County, Arizona, purportedly as a result of the alleged negligent actions of the employees of Southwest Airlines Co.

6. Pursuant to Local Rule 3.6, Southwest Airlines Co. certifies that this Notice of Removal has been filed with the Clerk of the Superior Court in Maricopa County, Arizona, where the action was commenced.

DATED this 2nd day of September, 2020.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**


By  s/ Mary G. Isban
    Mary G. Isban, Esq.
    3101 N. Central Ave., Suite 1200
    Phoenix, AZ  85012
    Attorneys for Defendant

The foregoing pleading was electronically filed this 2nd day of September, 2020, with the Clerk of the United States District Court using the CM/ECF System and transmittal to the following registrants:

Anton Nowak
10645 N. Tatum Blvd., Suite 200-558
Phoenix, AZ  85028
Plaintiff Pro Per

 /s/ Staci Thomas

# EXHIBIT A

Mary G. Isban, Esq. (009731)
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 N. Central Ave., Suite 1200
Phoenix, AZ  85012
(602) 452-6602
(602) 452- 6600 – Fax
misban@cycn-phx.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Anton Nowak, | **Case No.** |
|---|---|
| Plaintiff, | **VERIFICATION OF COUNSEL** |
| Vs. | **Maricopa County Superior Court Case No. CV2020-052989** |
| Southwest Airlines Co.; John Does and Jane Does I-X; ABC Corporations I-X; and Black And White Partnerships and/or Sole Proprietorships, I-X, | |
| Defendants. | |

I, MARY G. ISBAN, being first duly sworn upon her oath, deposes and says:

1. On September 2, 2020, I filed a Notice of Removal to Federal Court in the Maricopa County Superior Court under Cause No. CV2020-052989.

2. On September 2, 2020, I filed a Notice of Removal in the Federal Court.

3. I verify that the documents attached to the Notice of Removal are a complete copy of all pleadings and other documents that were previously filed with Maricopa County Superior Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 2, 2020

                                              s/ Mary G. Isban
                                              Mary G. Isban



Select Language
Powered by Google **Translate**

# Civil Court Case Information - Case History

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2020-052989 | Judge: | Campagnolo, Theodore |
| File Date: | 5/15/2020 | Location: | Northeast |
| Case Type: | Civil | | |

### Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Anton Nowak | Plaintiff | Male | Pro Per |
| Southwest Airlines Co | Defendant | | Pro Per |

### Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/18/2020 | SUM - Summons | 8/20/2020 | Plaintiff(1) |
| 8/18/2020 | AFS - Affidavit Of Service | 9/2/2020 | |

**NOTE:** SOUTHWEST AIRLINES CO

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/15/2020 | COM - Complaint | 5/19/2020 | Plaintiff(1) |
| 5/15/2020 | CCN - Cert Arbitration - Not Subject | 5/19/2020 | Plaintiff(1) |
| 5/15/2020 | CSH - Coversheet | 5/19/2020 | Plaintiff(1) |

### Case Calendar
**There are no calendar events on file**

### Judgments
**There are no judgments on file**

**In the Superior Court of the State of Arizona**

**In and For the County of** Maricopa

Case Number CV2020-052989

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed? ☐ Yes ☒ No

If yes, what language(s): _____

CLERK OF THE SUPERIOR COURT
FILED
S. MONTUORI, DEP
2020 MAY 15 PM 4:06

Plaintiff's Name(s): (List all)     Plaintiff's Address:                                        Phone #:         Email Address:
ANTON NOWAK                         10645 N Tatum Blvd Suite 200-558 Phoenix, AZ   480-526-6273   anton.tony.nowak@gmail.com

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
SOUTHWEST AIRLINES CO.;

JOHN DOES and JANE DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS I-X,

(List additional Defendants on page two and/or attach a separate sheet)

**RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:**
**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $ _____     ☐ Tier 1     ☐ Tier 2     ☒ Tier 3

**NATURE OF ACTION**
Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*
☐ 103 Wrongful Death*

Case No._____

**110 TORT NON-MOTOR VEHICLE:**

- [x] 111 Negligence*
- [ ] 112 Product Liability – Asbestos*
- [ ] 112 Product Liability – Tobacco*
- [ ] 112 Product Liability – Toxic/Other*
- [ ] 113 Intentional Tort*
- [ ] 114 Property Damage*
- [ ] 115 Legal Malpractice*
- [ ] 115 Malpractice – Other professional*
- [ ] 117 Premises Liability*
- [ ] 118 Slander/Libel/Defamation*
- [ ] 116 Other (Specify) _____*

**120 MEDICAL MALPRACTICE:**

- [ ] 121 Physician M.D.*
- [ ] 122 Physician D.O*
- [ ] 123 Hospital*
- [ ] 124 Other*

**130 & 197 CONTRACTS:**

- [ ] 131 Account (Open or Stated)*
- [ ] 132 Promissory Note*
- [ ] 133 Foreclosure*
- [ ] 138 Buyer-Plaintiff*
- [ ] 139 Fraud*
- [ ] 134 Other Contract (i.e. Breach of Contract)*
- [ ] 135 Excess Proceeds-Sale*
- [ ] Construction Defects (Residential/Commercial)*
  - [ ] 136 Six to Nineteen Structures*
  - [ ] 137 Twenty or More Structures*
- [ ] 197 Credit Card Debt (Maricopa County Only)*

**150-199 OTHER CIVIL CASE TYPES:**

- [ ] 156 Eminent Domain/Condemnation*
- [ ] 151 Eviction Actions (Forcible and Special Detainers)*
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment

- [ ] 158 Quiet Title*
- [ ] 160 Forfeiture*
- [ ] 175 Election Challenge
- [ ] 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)*
- [ ] 187 Real Property *
- [ ] Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL:**

- [ ] Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute – Other*
- [ ] 190 Declaration of Factual Innocence (A.R.S. §12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)*
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain– Light Rail Only*
- [ ] 177 Interpleader– Automobile Only*
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute- Discrimination*

Case No._____

☐ 185 Employment Dispute-Other*
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate

☐ 163 Other* _____
(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order  ☐ Provisional Remedy  ☐ OSC  ☐ Election Challenge
☐ Employer Sanction  ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:
https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____
_____

**Additional Defendant(s):**

_____
_____

ANTON NOWAK
10645 N Tatum Blvd
Suite 200-558
Phoenix, AZ 85028
480-526-6273
anton.tony.nowak@gmail.com

Plaintiff in *propria persona*

**ORIGINAL**

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANTON NOWAK,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.; JOHN DOES and JANE DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X,<br><br>Defendants. | No. CV2020-052989<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer,<br>Contact the Lawyer Referral Service at<br>602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

**The State of Arizona to:   SOUTHWEST AIRLINES CO.**

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of forty (40) days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete thirty (30) days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete thirty (30) days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or officer's return. RCP 4; A.R.S. §§ 20-232, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in the case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing, within the time required, and you are required to serve a copy of any Answer or response upon Plaintiff's attorney. R.C.P. 10(d), A.R.S. § 12-311, R.C.P. 9.

The name and address of Plaintiff is:

ANTON NOWAK
10645 N Tatum Blvd
Suite 200-558
Phoenix, AZ 85028
480-526-6273

Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

Given under my hand and seal of office this __MAY 1 5 2020__ day of May, 2020.



Clerk of the Superior Court

JEFF FINE, CLERK

S. Montuori

-2-

JEFF FINE
Clerk of the Superior Court
By Sarah Montuori, Deputy
Date 05/15/2020 Time 16:07:07
Description                    Amount
------- CASE# CV2020-052989 -------
CIVIL NEW COMPLAINT         333.00

TOTAL AMOUNT                333.00
                Receipt# 27787693

ANTON NOWAK
10645 N Tatum Blvd.,
Suite 200-558
Phoenix, AZ 85028
480-526-6273
anton.tony.nowak@gmail.com

Plaintiff in *propria persona*

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

CV2020-052989

| | |
|---|---|
| ANTON NOWAK, | CASE NO. |
| Plaintiff, | **COMPLAINT** |
| vs. | (Tort - Non-Motor Vehicle) |
| SOUTHWEST AIRLINES CO.; JOHN DOES and JANE DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X, | |
| Defendants. | |

Plaintiff alleges as follows:

**COUNT I - NEGLIGENCE**

1. Plaintiff ANTON NOWAK is currently a resident of Maricopa County, Arizona.

2. Defendant SOUTHWEST AIRLINES CO. (hereinafter referred to as "Southwest") is, at all times herein mentioned, upon information and belief, a corporate entity organized and existing under the laws of the State of Arizona.

3. At all times material hereto, Defendant SOUTHWEST AIRLINES CO. was conducting and doing business in Maricopa County, Arizona. The events alleged by Plaintiff herein occurred in Maricopa County, Arizona.

4. Upon information and belief, Defendant SOUTHWEST AIRLINES CO. owned, operated, controlled or was legally responsible for Southwest Flight Number SWA WN3771, from Phoenix, Arizona to Chicago, Illinois (hereinafter referred to as the "Aircraft"); and/or was legally

-1-

responsible for the safety and well-being of passengers aboard the Aircraft and for the service aboard the Aircraft.

5. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2(c)(3), the Court should assign this case to the Tier 3 based on the amount of damages Plaintiff requests.

6. The true names or capacities, whether individual, corporate, associate, or otherwise, of Defendants JOHN DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes and therefore alleges that each of the defendants designated herein is legally responsible in some manner for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to Plaintiff as herein alleged.

7. At all times herein mentioned, Defendants, and each of them, were the agents and employees of each of the remaining defendants, and were at all times acting within the purpose and scope of said agency and employment, and each Defendant has ratified and approved the acts of its agent.

8. On or about May 19, 2018, Plaintiff ANTON NOWAK was a business invitee or otherwise lawfully present aboard the Aircraft.

9. At all times relevant hereto, Plaintiff was a passenger aboard the Aircraft when the Aircraft was unable to embark due, on information and belief, to an electrical or mechanical malfunction or potential malfunction.

10. At all times relevant hereto, the crew and relevant personnel aboard the Aircraft knew or should have known that the temperature aboard the Aircraft (on the tarmac or runway) was so high as to warrant use of available air-conditioning equipment or, alternatively, that the passengers, including Plaintiff, be instructed or permitted; and also advised that they were permitted to leave the Aircraft and to return to the airport terminal. Defendants, their employees, agents and others for whom they are legally responsible, failed or refused to so instruct, permit and advise Plaintiff and

the remaining passengers, as required. This conduct on the part of Defendants, their employees, agents and others for whom they are legally responsible was intentional, reckless, negligent or otherwise unlawful and proximately caused Plaintiff's injuries and damages as alleged herein.

11. At all times relevant hereto, the crew and relevant personnel aboard the Aircraft knew or should have known that the temperature aboard the Aircraft was so high as to require the provision of water or other suitable beverages to passengers, including Plaintiff, who were aboard the Aircraft. Defendants, their employees, agents and others for whom they are legally responsible, failed or refused to provide said water or beverages to Plaintiff and the remaining passengers, as required. This conduct on the part of Defendants, their employees, agents and others for whom they are legally responsible was intentional, reckless, negligent or otherwise unlawful and proximately caused Plaintiff's injuries and damages as alleged herein.

12. At all times relevant hereto, the crew and relevant personnel aboard the Aircraft knew or should have known that the temperature aboard the Aircraft was so high as to require use of available air-conditioning equipment or machinery. Defendants, their employees, agents and others for whom they are legally responsible, failed or refused to engage, activate or use said equipment or machinery, as required. This conduct on the part of Defendants, their employees, agents and others for whom they are legally responsible was intentional, reckless, negligent or otherwise unlawful and proximately caused Plaintiff's injuries and damages as alleged herein.

13. At all times mentioned herein, Plaintiff ANTON NOWAK was in the exercise of due care and without fault or negligence.

14. At all times herein mentioned, Defendants, and each of them, so intentionally, negligently, carelessly, recklessly and without due regard or concern for the life and safety of Plaintiff, created, caused, allowed, contributed to or assisted in the creation of the severe, adverse effect, danger and condition, which proximately resulted in Plaintiff becoming ill and suffering injuries and damages.

15. Defendants had a duty to prevent or refrain from causing said dangerous condition

-3-

to exist and, further know or should have known of the danger posed to Plaintiff and others aboard the Aircraft, when it was reasonably foreseeable that Plaintiff might suffer the severe medical condition and reaction, which actually occurred.

16. Defendants breached their applicable legal duties owed toward Plaintiff, *inter alia*, as set forth hereinabove.

17. As a direct and proximate result of the intentional, reckless or negligent conduct and omissions of Defendants, as set forth herein, Plaintiff suffered a severe medical reaction and condition, requiring immediate and emergency medical treatment, for which he is entitled to reasonable compensation from Defendants, in an amount to be proven at trial.

18. As a direct and proximate result of the unlawful conduct of Defendants, as set forth herein, Plaintiff has suffered special and general damages, including pain and suffering, and severe emotional distress; as well as other damages for which he is entitled to reasonable compensation from Defendants, in an amount to be proven at trial.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

    A. For past, present, and future medical expenses;

    B. For past, present, and future pain and suffering, impairment and disability, in an amount to be proven at trial;

    C. For general damage to Plaintiff;

    D. For future impairment and loss of opportunity;

    E. For Plaintiff's lost wages and for the reasonable value of Plaintiff's impaired and diminished earning capacity to the date of trial and in the future;

    F. For Plaintiff's costs and attorney's fees incurred herein; and

    G. For such other and further relief as the Court deems just.

DATED this 15 day of May, 2020.

*[signature: Anton Nowak]*

Anton Nowak
Plaintiff in *propria persona*

-4-

```
                                          CLERK OF THE
                                        SUPERIOR COURT
                                             FILED
                                        S. MONTUORI, DEP

                                        2020 MAY 15 PM 4: 05
```

ANTON NOWAK
10645 N Tatum Blvd
Suite 200-558
Phoenix, AZ 85028
480-526-6273
anton.tony.nowak@gmail.com

Plaintiff in *propria persona*

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANTON NOWAK,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.; JOHN DOES and JANE DOES I-X, ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X,<br><br>　　　Defendants. | No.　CV2020-052989<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

The undersigned certifies that he or she knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case **IS NOT** subject to compulsory arbitration, as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

DATED this 15 day of May, 2020.

　　　　　　　　　　　　　　　　　*/s/ Anton Nowak*
　　　　　　　　　　　　　　　　　Anton Nowak
　　　　　　　　　　　　　　　　　Plaintiff in *propria persona*

| Attorney or Party without Attorney: | | Ref No. or File No.: | |
|---|---|---|---|
| Anton Nowak<br>10645 N Tatum Blvd Suite 200-558<br>Phoenix, AZ 85028<br>TELEPHONE No.: (480) 526-6273<br>Attorney for: Plaintiff | | 480-526-6273 | CLERK OF THE<br>SUPERIOR COURT<br>RECEIVED<br>DOCUMENT CCB #1<br>DEPOSITORY<br>2020 AUG 18 PM 2:04<br>FILED<br>BY K. MARQUEZ, DEP |

Insert name of Court, and Judicial District and Branch Court:
In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA

Petitioner: Anton Nowak
Respondent: Southwest Airlines Co.; et al.

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV2020-052989 |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the Summons; Complaint; Certificate of Compulsory Arbitration; Civil Cover Sheet

a. Party served     Southwest Airlines Co. c/o Prentice Hall Corp. (Statutory Agent)
b. Person Served    Brooklyn Vandeventer - Service of Process Coordinator
   Age: 18 - 25 yrs. Race: Caucasian Sex: Female Eyes: Height: 5'1 - 5'6 Weight: 201-220 lbs. Hair: Brown

Address where served: 8825 N 23rd Ave Ste 100
                      Phoenix, AZ 85021-4148

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 8/13/2020   (2) at: 10:45 AM

Person who served papers:
NATIONWIDE LEGAL   Name: Richard F. Acree
County of Maricopa, MC-5966
3150 N. 24TH STREET, D-104
Phoenix, AZ 85016
(602) 256.9700
www.nationwideasap.com

The fee for service was: $ 85.00

Date: August 13, 2020

(Richard F. Acree)

AZ202439

Mary G. Isban, Esq. (009731)
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 N. Central Ave., Suite 1200
Phoenix, AZ 85012
(602) 452-6602
(602) 452- 6600 – Fax
misban@cycn-phx.com
Attorneys for Defendant

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANTON NOWAK, | NO. CV2020-052989 |
| Plaintiff, | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| SOUTHWEST AIRLINES CO.; JOHN DOES and JANE DOES I-X; ABC CORPORATIONS I-X; and BLACK and WHITE PARTNERSHIPS and/or SOLE PROPRIETORSHIPS, I-X, | **(Hon. Theodore Campagnolo)** |
| Defendants. | |

**TO PLAINTIFF:**

Please take notice that a Notice of Removal of this action pursuant to 28 U.S.C. § 1441(a) was filed in the United States District Court for the District of Arizona on September 2, 2020. A copy of the Notice of Removal is attached to this Notice and is hereby served and filed in the above-captioned action.

. . .

DATED this 2nd day of September, 2020.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By /s/ Mary G. Isban
 Mary G. Isban, Esq.
 3101 N. Central Ave., Suite 1200
 Phoenix, AZ 85012
 Attorneys for Defendant

COPY of the foregoing e-filed
this 2nd day of September, 2020,
with a copy automatically routed to the
Hon. Theodore Campagnolo.

COPY of the foregoing emailed on
this 2nd day of September, 2020, to:

Anton Nowak
10645 N. Tatum Blvd., Suite 200-558
Phoenix, AZ 85028
Plaintiff Pro Per

/s/ Staci Thomas